# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DWIGHT BACON (#556894)

VERSUS

MAJOR BENJAMIN ZERINGUE, ET AL.

CIVIL ACTION

NO. 16-220-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated June 21, 2017, to which no objection was filed:

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 14) is granted in part, dismissing any claims against defendants Zeringue and Montandon in their official capacities for monetary damages.

**IT IS FURTHER ORDERED** that the plaintiff's claim against defendant Montandon is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the defendants' Motion to Dismiss is denied as to the plaintiff's excessive force claim against defendant Zeringue, and the plaintiff's request for compensatory damages.

**IT IS FURTHER ORDERED** that the Court decline the exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims.

Signed in Baton Rouge, Louisiana, on July 6, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**