# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DWIGHT BACON (#556894)

VERSUS

MAJOR BENJAMIN ZERINGUE, ET AL.

CIVIL ACTION

NO. 16-220-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 19, 2018, to which no objection was filed:

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 42) is granted, dismissing any claims against defendants Whitaker and Smith with prejudice.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for additional proceedings.

Signed in Baton Rouge, Louisiana, on February 6, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA